UTICA,
Aug. 1828.

Atkinson
*ads.*
Clapp.

### STAFFORD *vs.* HESKETH.

MOTION for an attachment against referees for not reporting. The referees shewed cause against the rule by stating, that since the service of notice of this application, they had made a report. The motion was denied, and without costs; the court, however, observing, that had cause not been shewn, an attachment would not have been granted in the first instance; but a rule would have been ordered, requiring the referees to report in a specified time or shew cause.

When referees neglect to report, a rule to report or shew cause why an attachment should not issue, will be granted.

---

### ATKINSON, impleaded, &c. *ads.* CLAPP.

MOTION to set aside declaration and subsequent proceedings. The plaintiff issued a capias against Atkinson and *John* Evans. Atkinson only was arrested, a declaration was served, and the general issue plead. Within 20 days after plea, the plaintiff amended his declaration by inserting the name of *William,* instead of *John* Evans, and served such amended declaration.

*G. C. Sherman,* for defendant.

*I. H. Bronson,* for plaintiff.

Under a rule to amend, the name of a person *not* arrested cannot be inserted in a declaration.

In a suit against two defendants, where only one is arrested, the defendant in court may complain of such irregularity on motion.

*By the Court,* SAVAGE, Ch. J. Under a rule to amend, the plaintiff was not authorized to insert in his declaration the name of a person as defendant, who had not been arrested or named in the capias. (4 *Cowen's R.* 148.) Evans, named in the writ, had not been arrested, nor is he in court to take advantage of the variance; and Atkinson cannot avail himself by plea in abatement of a misnomer of a co-defendant. (*Lutw.* 36.) The defendant is, therefore, correct in his application to set aside the *narr.* The motion is granted, with costs.